University of Illinois, No. 610—

*Opinion submitted March 14, 1934.*

*Opinion submitted March 14, 1934.*

BY THE COURT.

The suggestions made under claim for S. E. Bunting, No. 611, are applicable to this claim. Under Sub-section 8 of Section 3 of the Workmen's Compensation Act, no award should be made, as the facts show that the work in which the claimant was engaged was that of general farm work in the Department of Animal Husbandry. No award is recommended.

UNIVERSITY OF ILLINOIS, No. 602—

*Opinion submitted March 14, 1934.*